**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **DALE SPENCER,** : | |
| : | |
| Plaintiff : | Case No.: 5:05-cv-324 (CAR) |
| : | |
| v. : | |
| : | |
| **GLENN INGRAM,** : | |
| : | |
| Defendant. : | |

_____

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 22] that Defendant's Motion for Summary Judgment [Doc. 16] be granted. Plaintiff has filed an Objection to the Recommendation [Doc. 25] and Defendant has filed a Response to the Objection [Doc. 26]. Having considered the matter de novo, the Court agrees with the Recommendation. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 13th day of September, 2006.

> S/ C. Ashley Royal
> C. ASHLEY ROYAL
> UNITED STATES DISTRICT JUDGE

AEG/ssh